IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOM M. RAGSDALE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-03578 |
| | § | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION, AND SELENE FINANCE, LP, | § § § § § § § § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Trustee") and Selene Finance, LP ("Selene") (collectively, "Defendants") file this Certificate of Interested Persons and state that the following persons, entities, and firms may have a financial interest in the outcome of this case:

(1) Plaintiff Tom M. Ragsdale ("Plaintiff");

(2) Brandy Michelle Alexander and Steven J. Mitby, counsel for Plaintiff; and

(3) Trustee, a national banking association pursuant to federal law that is a wholly owned subsidiary of U.S. Bancorp, a publicly traded corporation that does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

(4) Selene is a Limited Partnership.  The two general partners of Selene Finance LP are: Selene Ventures LLC and Selene Ventures GP, LLC.  Selene Ventures LLC's principal business address is 120 Gibraltar Road, Horsham, PA 19044, its individual members are all residents or citizens of Pennsylvania, and none are residents or citizens of Texas.  Selene Ventures GP, LLC's principal business address is also 120 Gibraltar Road, Horsham, PA 19044, its individual members are also all residents or citizens of Pennsylvania, and none are residents or citizens of Texas

Defendants reserve the right to supplement this certificate as necessary.

Respectfully submitted,

*/s/ Brenda Hard-Wilson*
**Marc D. Cabrera (Attorney-in-Charge)**
  State Bar No. 24069453
  Southern District Bar No. 1093318
  mcabrera@polsinelli.com
**Brenda A. Hard-Wilson**
  State Bar No. 24059893
  Southern District Bar No. 2266217
  bhard-wilson@polsinelli.com
**POLSINELLI PC**
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
T: (214) 397-0030
F: (214) 397-0033

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

       A true and correct copy of the foregoing document was served upon all parties of record via the Court's CM/ECF system and/or U.S. certified mail and regular mail pursuant to the Federal Rules of Civil Procedure on this 17th day of October 2022.

**Brandy M. Alexander**
Alexander Law, PLLC
2502 LaBranch Street
Houston, TX 77004
(832) 360-2318
brandyalexander@alexanderpllc.com

**Steven J. Mitby**
Mitby Pacholder Johnson PLLC
1001 McKinney Street, Suite 925
Houston, TX 77002
(713) 234-1446
smitby@mitbylaw.com

                                                 */s/ Brenda A. Hard-Wilson*
                                                 Attorney for Defendant