

STEVEN J. MITBY | Partner

D: 713-234-1366
M: 713-542-4090
E: smitby@mitbylaw.com

November 9, 2022

**Via Email:** *tmragsdale@sianaoil.com*

Tom M. Ragsdale
8500 Cypresswood Drive Suite #104
Spring, Texas 77379
Via Certified Mail Tracking Number: 7022 0410 0001 3018 7651

Re: *4:22-cv-03578; Tom Ragsdale V. U.S. Bank Trust National Assoc, as Owner Trustee and Selene Finance, LP; Southern District of Texas, Houston Division*

Dear Mr. Ragsdale:

    Enclosed herein is a copy of Mitby Pacholder Johnson PLLC's Motion to Withdraw as attorneys of record in the above referenced matter. You have the right to file an objection to this motion with
the court.

    We have provided to the court your address as: Tom M. Ragsdale, 8500 Cypresswood Drive, Suite #104, Spring, Texas 77379.  All notices from the court will be sent to that address and will be deemed by the court to have been received unless you or your new counsel file a change of address. Per the Court's rules, "no delays will be countenanced due to a change in counsel."

    Enclosed herein you will also find a copy of the Court's Order regarding the Case Management Report due on December 1, 2022 and the Status Conference with the Court set for December 15. Rule 26(a) disclosures are due on November 25, 2022 and a Rule 26(f) conference is required by November 10, 2022. We also include a listing of all outstanding court deadlines in this matter. Please indicate your approval to our withdrawal in this matter by signing below and returning the signed .pdf to us.

                         Sincerely,

                           MITBY PACHOLDER JOHNSON PLLC

                         Steven Mitby
                         SJM/gl



## APPROVAL OF WITHDRAWAL

*4:22-cv-03578; Tom Ragsdale V. U.S. Bank Trust National Assoc, as Owner Trustee and Selene Finance, LP; Southern District of Texas, Houston Division*

    Tom Ragsdale agrees to the withdrawal of Mitby Pacholder Johnson, PLLC in the above referenced matter

Date: November __, 2022

                                                                   _____
                                                                     Tom Ragsdale